1  THE SEHAT LAW FIRM, PLC
2  Cameron Sehat, Esq. (SBN: 256535)
   Email: Cameron@sehatlaw.com
3  5100 Campus Drive, Suite 200
4  Newport Beach, CA 92660
   Telephone: (949) 825-5200
5  Facsimile: (949) 313-5001

6
   Attorney for Plaintiff, Vincent Valdez individually
7  and as Personal Representative of the Estate
   Vincent Nelson
8

9            **UNITED STATES DISTRICT COURT**
10            **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VINCENT VALDEZ, individually and as Personal Representative of the Estate, VINCENT NELSON; <br><br> Plaintiffs, <br> vs. <br><br> COUNTY OF LOS ANGELES, a Governmental Entity; DR. MELANY KIM, individually; Dr. JONATHAN SHERIN, individually; ALEXIS RAY, individually; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:22-CV-00240 <br><br> **NOTICE OF CONDITIONAL SETTLEMENT** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

PLEASE TAKE NOTICE in accordance with L.R. 16-15.7 and L.R. 40-2 that counsel for the parties have agreed on a tentative global settlement of this matter, subject to approval by the County of Los Angeles Claims Board and/or Board of Supervisors, as may be necessary.

Upon finalization of the settlement and the execution of a mutually agreed upon release, the entire case shall be dismissed with prejudice.

Dated: February 2, 2023        THE SEHAT LAW FIRM, P.L.C.

By: /s/ *Cameron Sehat*
    Cameron Sehat, Esq.
    Attorneys for Plaintiff

Dated: February 2, 2023        CARPENTER, ROTHANS & DUMONT

By: /s/ *Jill Williams*
    Jill Williams, Esq.
    Attorney for Defendant

-1-
NOTICE OF CONDITIONAL SETTLEMENT

1

## ATTESTATION

2    Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that Jill Williams, Counsel for

3  Defendants, concur in the filing's content and have authorized this filing.

4

By:    */s/ Cameron Sehat*    _

5         Cameron Sehat, Esq.
          Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28