# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT VALDEZ, individually and as the personal representative of the estate, VINCENT NELSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>　　　　Defendants. | Case No.: 2:22-cv-00240 SSS (ASx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED, following stipulation of counsel, that the above-entitled action is hereby dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). All parties to bear their own fees and costs.

IT IS SO ORDERED.

DATED: April 28, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Sunshine S. Sykes
　　　　　　　　　　　　　　　　　United States District Judge